

Certified Mail Receipt:
Sent To: Deborah Stewart
Street: 1438 Windsong Ct.
City, State, ZIP: Mason, OH 45040